IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01293-PAB-CBS

UNITED STATES OF AMERICA, for the use and benefit of Total Concrete Services, Inc., a Colorado corporation,

    Plaintiff,

v.

ULLICO CASUALTY COMPANY, a Delaware corporation, and
ALPINE DESIGN INTERIORS, INC., a Colorado corporation, d/b/a ADI Construction,

    Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT ULLICO CASUALTY COMPANY ONLY

---

This matter comes before the Court upon the Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant Ullico Without Prejudice [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant Ullico Without Prejudice [Docket No. 20] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Ullico Casualty Company only are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 12, 2013.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge